UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARY ANN KERRIGAN, | Case No. C16-1637 RSM |
| Plaintiff, | MINUTE ORDER STRIKING NOTICE OF WITHDRAWAL OF COUNSEL |
| v. | |
| QBE INSURANCE CORPORATION, | |
| Defendant. | |

The following MINUTE ORDER is made by direction of the Court, the Honorable Ricardo S. Martinez, Chief United States District Judge:

On February 14, 2017, Plaintiff's attorney, Ian Matthew Johnson, filed a Notice of Intent to Withdraw. Dkt. #14. In that notice, Mr. Johnson states his intent to withdraw as attorney of record for Plaintiff "effective immediately." *Id*. at 1. Mr. Johnson also proclaims, erroneously, that his "withdrawal shall be effective without order of court unless an objection to the withdrawal is served upon said withdrawing attorney within ten (10) days." *Id*. Mr. Johnson is incorrect. With the exception of a change of counsel within the same law firm, no attorney shall withdraw an appearance in any case, civil or criminal, except by leave of court. LCR 83.2(b)(1). Here, because Mr. Johnson fails to comply with Local Civil Rule 83.2, the Court STRIKES Mr. Johnson's Notice of Withdrawal of Counsel.

Attorneys can obtain leave to withdraw as counsel by filing a motion, noted in accordance with LCR 7(d)(3), or a stipulation and proposed order for withdrawal. *Id*. Motions

MINUTE ORDER- 1

for withdrawal must include certification that the motion was served on the client and opposing counsel. *Id.* Withdrawal without substitution can be accomplished by motion if the motion includes the party's address and telephone number. *Id.*

Accordingly, because Mr. Johnson fails to comply with LCR 83.2, the Court STRIKES Mr. Johnson's Notice of Withdrawal of Counsel. Until Mr. Johnson withdraws in accordance with the Local Civil Rules, he shall continue as the attorney of record for Plaintiff. *See* LCR 83.2(b)(6).

DATED this 17th day of February 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

MINUTE ORDER- 2