UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARY ANN KERRIGAN, | Case No. C16-1637RSM |
| Plaintiff, | ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL |
| v. | |
| QBE INSURANCE CORPORATION, a foreign insurance company, | |
| Defendant. | |

This matter comes before the Court on Plaintiff's Motion to Withdraw as Counsel. Dkt. #16. Pursuant to Local Rule 83.2(b), Plaintiff Mary Ann Kerrigan moves the Court for an order permitting Ian M. Johnson and the Anderson Hunter Law Firm, P.S., to withdraw as her counsel. *Id.* Ms. Kerrigan provides her address and telephone number as required by Local Rule 83.2(b)(1). *Id.* at 1. This Motion is unopposed.

Having reviewed the relevant briefing and the remainder of the record, the Court hereby finds and ORDERS that:

1. Plaintiff's Motion to Withdraw as Counsel (Dkt. #16) is GRANTED.

2. Ian M. Johnson and the Anderson Hunter Law Firm, P.S., are hereby terminated as counsel for Plaintiff in this case. Plaintiff is currently without counsel and shall proceed *pro se* in this matter.

3. The Clerk SHALL enter Plaintiff's contact information on the docket as represented in her Motion to Withdraw. Dkt. #16 at 1.

DATED this 21st day of April, 2017.


RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE