# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

MARY ANN KERRIGAN,

    Plaintiff,

v.

QBE INSURANCE CORPORATION, a foreign insurance company,

    Defendants.

Case No. 2:16-cv-01637-RSM

**ORDER OF CONTINUANCE OF CASE CALENDAR DATES and JURY DEMAND pursuant TO THE STIPULATED MOTION**

## **ORDER**

This matter having come on to be heard upon the parties' stipulated motion on the Calendar Dates and the issue of a Jury Demand, and, the Court, being in all things advised, issues the following ORDER.

IT IS ORDERED that the calendar for this case shall be as follows:

Length of Trial: *2-3 days*.  A Jury Trial is set for 1/22/2018 at 09:00 AM;

Motions due by 8/1/2017;

Discovery completed by 9/18/2017, Dispositive motions due by 10/16/2017;

Rule 39.1 mediation to be completed by 11/29/2017;

Motions in Limine due by 12/16/2017,

Pretrial Order due by 1/3/2018, Trial briefs to be submitted by 1/8/2018.

**ORDER OF -** 1
**CONTINUANCE OF CALENDAR**
**DATES and FOR JURY DEMAND**

**FRANZEL LAW, PLLC**
1617 Boylston Ave.
Seattle, Washington 98122
Telephone: (206) 257-9931
Facsimile: (206) 299-0966

IT IS FURTHER ORDERED that the clerk of the Court shall Note that a jury demand has been filed, and, the case shall be tried before a jury.

///                 END OF ORDER                 ///

Dated this Thursday, June 29, 2017.

[signature]
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented By:

FRANZEL LAW, PLLC

/s/ Ian P. Franzel, WSBA # 43192
Ian P. Franzel, Esq.
Attorney for Plaintiff

And ;

JENSEN MORSE BAKER PLLC

*/s/ Gabriel Baker*
Steven D. Jensen, WSBA No. 26495
steve.jensen@jmblawyers.com
Gabriel Baker, WSBA No. 28473
gabe.baker@jmblawyers.com
Attorneys for Defendant QBE Insurance Corporation

**ORDER OF -** 2
**CONTINUANCE OF CALENDAR**
**DATES and FOR JURY DEMAND**

**FRANZEL LAW, PLLC**
1617 Boylston Ave.
Seattle, Washington 98122
Telephone: (206) 257-9931
Facsimile: (206) 299-0966