# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| MARY ANN KERRIGAN,<br><br>　　　　　Plaintiff,<br>v.<br><br>QBE INSURANCE CORPORATION, a foreign insurance company,<br><br>　　　　　Defendants. | Case No. 2:16-cv-01637-RSM<br><br>**ORDER OF CONTINUANCE OF CASE SCHEDULE DATES PURSUANT TO THE STIPULATED MOTION** |

## **ORDER**

This matter having come on to be heard upon the parties' Stipulated Motion For Continuance of Case Schedule Dates, and the Court being fully advised in the premises, NOW, THEREFORE, it is hereby ORDERED that the case schedule dates shall be as follows:

| | |
|---|---|
| Trial Date: | April 2, 2018 |
| Length of Trial: | 2-3 days |
| Plaintiff's pretrial statement due: | February 5, 2018 |
| Defendant's pretrial statement due: | February 15, 2018 |
| Exchange of proposed jury instructions due: | February 15, 2018 |
| Motions in Limine due:<br>　and noted on the motion calendar no<br>　later than the THIRD Friday thereafter | February 26, 2018 |

**ORDER OF -** 1
**CONTINUANCE OF CALENDAR**
**DATES**

**FRANZEL LAW, PLLC**
1617 Boylston Ave.
Seattle, Washington 98122
Telephone: (206) 257-9931
Facsimile: (206) 299-0966

Agreed pretrial order due:                               March 14, 2018

Trial briefs, jury instructions, proposed voir dire,
and trial exhibits due:                                  March 19, 2018

Original and one copy of trial exhibits due to be
delivered to chambers by:                                March 26, 2018

Dated this 5 day of December, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented By:

FRANZEL LAW, PLLC

/s/ Ian P. Franzel, WSBA # 43192
Ian P. Franzel, Esq.
Attorney for Plaintiff

and;

JENSEN MORSE BAKER PLLC

*/s/ Steven D. Jensen*
Steven D. Jensen, WSBA No. 26495
steve.jensen@jmblawyers.com
Gabriel Baker, WSBA No. 28473
gabe.baker@jmblawyers.com
Attorneys for Defendant QBE Insurance Corporation

ORDER OF - 2
CONTINUANCE OF CALENDAR
DATES

FRANZEL LAW, PLLC
1617 Boylston Ave.
Seattle, Washington 98122
Telephone: (206) 257-9931
Facsimile: (206) 299-0966