# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

MARY ANN KERRIGAN,

                Plaintiff(s),

vs.

QBE INSURANCE CORPORATION, a foreign insurance company,

                Defendant(s).

Case No. 2:16-cv-01637-RSM

**ORDER GRANTING WITHDRAWAL OF COUNSEL FOR PLAINTIFF PURSUANT TO THE STIPULATED MOTION**

## ORDER

This matter having come on to be heard upon the parties' Stipulated Motion Authorizing Withdrawal of Plaintiff's Counsel in this matter. The stipulated motion has been consented to by the Plaintiff, Mary-Ann Kerrigan, and the Defendant QBE, authorizing Ian Franzel of Franzel Law, PLLC to withdraw as counsel for the Plaintiff Ms. Kerrigan. The Stipulated Motion document includes Ms. Kerrigan's address and telephone number as required by Local Rule 83.2(b)(1). The Court being fully advised in the premises, NOW, THEREFORE, it is hereby ORDERED that:

1. The Stipulated Motion for withdrawal of Plaintiff's Counsel is granted;

2. Ian Franzel of Franzel Law, PLLC is hereby terminated as Counsel for the Plaintiff in this case. Plaintiff shall proceed *pro se* for any further activities in this matter;

**ORDER GRANTING - 1**
**WITHDRAWAL OF PLAINTIFF'S**
**COUNSEL**

**FRANZEL LAW, PLLC**
1617 Boylston Ave.
Seattle, Washington 98122
Telephone: (206) 257-9931
Facsimile: (206) 299-0966

3. The Clerk shall enter the Plaintiff's contact information on the docket as stated in the Stipulated motion to Withdraw. Dkt. # 49 herein.

Dated this 2 day of January 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented By:

FRANZEL LAW, PLLC

/s/ Ian P. Franzel, WSBA # 43192
Ian P. Franzel, Esq.
Attorney for Plaintiff

and;

/s/ Mary-Ann Kerrigan, Plaintiff

and;

JENSEN MORSE BAKER PLLC

/s/ Steven D. Jensen
Steven D. Jensen, WSBA No. 26495
steve.jensen@jmblawyers.com
Gabriel Baker, WSBA No. 28473
gabe.baker@jmblawyers.com
Attorneys for Defendant QBE Insurance Co.

ORDER GRANTING - 2
WITHDRAWAL OF PLAINTIFF'S
COUNSEL

FRANZEL LAW, PLLC
1617 Boylston Ave.
Seattle, Washington 98122
Telephone: (206) 257-9931
Facsimile: (206) 299-0966